**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


IN RE:  20TH JUDICIAL DISTRICT -       :   No. 33 MM 2020
DECLARATION OF JUDICIAL                :
EMERGENCY (HUNTINGDON)                  :


## ORDER


**PER CURIAM**

**AND NOW**, this 29th day of June, 2021, the Petition for Extension and Modification of Declaration of Judicial Emergency is GRANTED, IN PART.

To the extent the Petition seeks authorization for the President Judge of the 20th Judicial District to continue suspending Rule of Criminal Procedure 600 and any procedural rules related to the use of advanced communication technology (ACT) through August 31, 2021, the Petition is GRANTED.  Judges shall be present in the courthouse, judicial center, or other court facility whenever a proceeding is being conducted by ACT, except for extraordinary circumstances, such as when court properties have been closed due to inclement weather or other emergency under Pa.R.J.A. Nos. 1950-1954, or when a proceeding is not being conducted during normal business hours.

In all other respects, the Petition is DENIED.